Decided February 21, 2012

## STATE OF CONNECTICUT *v.*
## DOMINICK O. MAGGIORE

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 908 (AC 32934), is denied.

*Frank P. Cannatelli,* in support of the petition.

Decided February 21, 2012

## ELOISE MARINOS ET AL. *v.* DAVID POIROT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 132 Conn. App. 693 (AC 33193), is granted, limited to the following issue:

"Did the Appellate Court properly determine that, on a Connecticut Unfair Trade Practices Act (CUTPA) claim for damages, the trial court properly entered summary judgment in favor of the defendants because the plaintiff 'failed to produce an itemization of her claimed CUTPA damages?' "

PALMER, McLACHLAN and HARPER, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18924.

*John R. Williams,* in support of the petition.

*David M. Poirot,* in opposition.